IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN J. CRUMITY,

    Petitioner,

v.                                                     4:22cv214–WS/MJF

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 15) docketed February 10, 2023. The magistrate judge recommends that Plaintiff's case be dismissed as an unauthorized second or successive habeas corpus application. Petitioner has filed no objections to the report and recommendation.

Upon review of the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 15) is adopted and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED without prejudice for lack of jurisdiction because Petitioner's habeas petition is an unauthorized second or successive petition.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is dismissed without prejudice for lack of jurisdiction."

4. The clerk shall close the case file.

DONE AND ORDERED this __11th__ day of __March__, 2023.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE